# STATE OF MICHIGAN

# COURT OF APPEALS

AR THERAPY SERVICES, P.C.,

        Plaintiff,

and

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,

        Defendant/Third-Party Plaintiff-
        Appellee,

v

PROGRESSIVE MARATHON INSURANCE
COMPANY,

        Third-Party Defendant-Appellant,

and

DOMINIQUE WILLIAMS

        Third-Party Defendant.

UNPUBLISHED
June 14, 2016

No. 322339
Oakland Circuit Court
LC No. 2014-138769-AV

Before: SAWYER, P.J., and BECKERING and BOONSTRA, JJ.

BOONSTRA, J. (*concurring*).

I concur in the majority opinion, for the reasons set forth in my concurrence in *Bazzi v Sentinel Ins Co*, __ Mich App __; __ NW2d __ (2016) (BOONSTRA, J., concurring).

/s/ Mark T. Boonstra

-1-